**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| MARIYA MANDRA, et al., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 17-cv-01917 |
| v. | ) | |
| | ) | Judge Andrea R. Wood |
| ANDRIUS PAULAUSKAS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

    Motion and Status hearing held. Motion by counsel to withdraw as attorney [56] is granted. Attorneys Patrick Austermuehle and Peter Lubin are withdrawn as counsel of record for Plaintiff. The Court notes that Plaintiff Mandra does not have an address on file with the Court. By 4/30/2019, Plaintiff Mandra shall either file a pro se appearance in this case or, if Plaintiff Mandra retains counsel, that counsel shall file an appearance. For the reasons stated on the record, all further deadlines are stayed until further order of Court. Status hearing set for 5/7/2019 at 9:00 AM. Plaintiff is ordered to appear in person or through counsel at the status hearing 5/7/2019 to inform the Court whether she intends to proceed with this lawsuit. If Plaintiff fails to appear at the 5/7/2019 hearing as ordered, this case may be dismissed for want of prosecution. The Clerk is directed to send Plaintiff a copy of this Order to Plaintiff Mariya Mandra at the address provided on the Notification of Party Contact Information form [56-2]. Defense counsel shall also email a copy of this Order to Plaintiff's authorized agent Edvardas Savickis using the most current contact information available to counsel.

(0:10)

Dated: March 21, 2019

                                                                                Andrea R. Wood
                                                                                United States District Judge