UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
Eastern Division

Mariya Mandra

                              Plaintiff,

v.                                                      Case No.: 1:17–cv–01917
                                                                    Honorable Steven C. Seeger

Andrius Paulauskas, et al.

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, December 16, 2019:

      MINUTE entry before the Honorable Steven C. Seeger: Status hearing held on December 16, 2019. Defense counsel appeared. Plaintiff is a pro se litigant residing in Lithuania. Plaintiff failed to appear as directed in the Court's Order on November 18, 2019 (Dckt. No. [82]). Plaintiff received notice of today's hearing by mail, by email, and through her former spouse, as memorialized in a certificate of service filed by her former counsel (Dckt. No. [83]). This Court previously gave notice that a failure to appear in person or through counsel may lead to dismissal. This case is dismissed for want of prosecution without prejudice. Civil case terminated. Defense counsel shall send a copy of this minute order to the plaintiff, and to plaintiff's former spouse, by mail and by email by December 20, 2019, and then shall file a certificate of service on the docket. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.